*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided October 22, 1998

STATE OF CONNECTICUT *v.* JOEL TUCKER

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 506 (AC 16427), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes (Rev. to 1995) § 53-21 was not unconstitutionally vague as applied to the defendant's conduct?"

The Supreme Court docket number is SC 16032.

*James A. Shanley, Jr.,* special public defender, in support of the petition.

*Steven J. Sedensky III,* assistant state's attorney, in opposition.

Decided October 22, 1998